FILED
JAN 04 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | 3:23 CR 3 |
| | ) | JUDGE KNEPP |
| v. | ) | CASE NO. _____ MAG JUDGE CLAY |
| | ) | Title 18, United States Code, |
| KESHAUN ADAMS, | ) | Sections 922(o) and |
| | ) | 924(a)(2) |
| Defendant. | ) | |

COUNT 1
(Illegal Possession of a Machine Gun, 18 U.S.C. §§ 922(o) and 924(a)(2))

The Grand Jury charges:

1. On or about December 13, 2022, in the Northern District of Ohio, Western Division, Defendant KESHAUN ADAMS knowingly possessed a machine gun as defined in Title 18, United States Code, Section 921(a)(24) and Title 26, United States Code, Section 5845(b), to wit: a Glock, Model 21, .45 caliber pistol, bearing serial number GEE613, and an attached Glock switch, bearing no serial number, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

FORFEITURE

The Grand Jury further charges:

2. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant KESHAUN ADAMS shall forfeit to the United States any and all firearms and ammunition involved in or

ORIGINAL

used in the commission of the violation charged in Count 1; including, but not limited to, a Glock, Model 21 .45 caliber pistol, bearing serial number GEE613; a Glock switch bearing no serial number; and ammunition seized on December 13, 2022.

                                  A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.